**FILED**

SEP 1 6 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 07-SW-391 GGH |
| SEARCH WARRANTS AUTHORIZED FOR THE PREMISES LOCATED AT: | |
| 3956 Cribbage Lane, Oroville, California | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
| 3966 Cribbage Lane, Oroville, California | |
| 11097 Faith Road, Oroville, California | |

The United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to a duly authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during the investigation. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed. Additionally, any

1

seized marijuana gardens shall be photographed and/or videotaped, and a representative sample taken from each location, which shall be preserved until further order of this court.

Dated: September 15, 2008

GREGORY G. HOLLOWS
U.S. Magistrate Judge